*Baker* for the plaintiff, *Simon & Brownson* for the defendant.

---

### *MILES* vs. *ODEN & AL.*

APPEAL from the court of the fifth district.

PORTER, J. delivered the opinion of the court. This case commenced by attachment, and proceeded to final judgment without any answer being put in by the defendants or judgment by default taken against them. As the *contestatio litis* was not formed by the pleadings, the proceedings were irregular and the cause must be remanded.

*If the plaintiff proceed to final judgment without the defendant having answered, and without having taken judgment by default, the final judgment will be set aside.*

It is therefore ordered, adjudged and decreed, that the judgment of the district court be annulled, avoided and reversed, and it is further ordered, adjudged and decreed, that the case be remanded to be proceeded in according to law, and that the appellee pay the costs of the appeal.

*Brownson & Baker* for the plaintiff, *Bowen & Simon* for the defendants.